# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| vs. | |
| DAVID ELKINS | CASE NUMBER: 2:09-mj- 1050 - DNF |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 5, 2009, in Lee County, in the Middle District of Florida, defendant did,

> knowingly and willfully forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer of the United States,

in violation of Title 18, United States Code, Sections 1114 and 111(a)(1), that is the United States Drug Enforcement Agency, Special Agents R.R. and D.M., while they were engaged in the performance of their official duties, and on account of the performance of their official duties. I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
CHRISTOPHER BRANNAN

Sworn to before me and subscribed in my presence,

Date: May 12, 2009         at         Fort Myers, Florida

U.S. Magistrate Judge's Name
DOUGLAS N. FRAZIER                _____
Name & Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT

I, Christopher A. Brannan, hereby depose and state:

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since March 2008. Pursuant to my employment, I am a law enforcement officer of the United States and thereby empowered by law to conduct investigations and to make searches, seizures, and arrests for the offenses enumerated in Title 18 of the United States Code (U.S.C.).

Immediately prior to being employed with the FBI, I was employed by the Marshall County Sheriff's Office in Marshall County, West Virginia. I was employed as a Deputy Sheriff for 8 years.

As a Special Agent with the FBI, I have received training and experience in conducting criminal investigations. As a Deputy Sheriff I received training and extensive experience in conducting criminal investigations.

In support of this affidavit, I am relaying on my personal investigation, training, and experience, as well as information from other law enforcement officers which I routinely rely on in the performance of my official duties.

This affidavit is in support of an application for an arrest warrant. Because this affidavit is being submitted for the limited purpose of establishing probable cause, this affiant has not included all the information related to this investigation.

The subject of this investigation is David Joseph Elkins, white male, born August 04, 1959.

On 05/05/2009, at approximately 6:00 p.m. Drug Enforcement Administration (DEA) Special Agents (SA) Don McDougall and Robert Robbins were returning from a

surveillance flight at Page Field Airport in Ft. Myers, Florida. As the DEA agents were standing on the tarmac ramp to the airport terminal they were approached by an agitated person. This person was later identified as David Joseph Elkins. Elkins ran out a door labeled "Restricted Area, Authorized Personnel Only, No Trespassing," carrying a digital camera. While Elkins was going through the restricted door, Lee County Port Authority (LCPA) employees were yelling at him to stop.

While approaching the DEA Agents, Elkins was shouting "are you the guys in the airplane circling or on surveillance." Agent McDougall told Elkins to stop but Elkins became more agitated. SA McDougall informed Elkins that they were law enforcement officers. Because Elkins was very agitated and was carrying a camera SA McDougall secured Elkins' right arm while SA Robbins secured Elkins' left arm. The Agents were concerned Elkins could swing at the Agents or grab a weapon. The DEA Agents then escorted Elkins to the General Aviation Building.

SA Robbins wrote in his statement that at this time Elkins became violent and bit Robbins on his right bicep and struck him on the left side of his face. Elkins then struck SA McDougall in the face as well. Elkins was then lowered to the ground by the DEA Agents and subdued until local law enforcement arrived.

Lee County Sheriff's Deputy Adam Vail arrived on scene and took custody of Elkins until Lee County Port Authority Police (LCPAP) arrived. Once LCPAP were on scene, they took custody of Elkins. While in the backseat of Deputy Vail's patrol car, Elkins spontaneously made the comment, "I knew they were Federal Law Enforcement Officers."

After being read his Miranda Rights by LCPAP, Lt. Brophy, Elkins admitted to Lt. Brophy that he knew he was trespassing when he went through the door at the Aviation Center. Elkins also said he knew the pilots were law enforcement officers, but was determined to identify what agency they were with.

Based on the foregoing, your affiant would suggest that probable cause exist to believe that David Joseph Elkins committed the offence of Battery on Federal Law Enforcement Officers in violation of Title 18 Sections 1114 and 111(a)(1).

I hereby swear that the above facts are true and correct to the best of my knowledge, information and belief.

_____
Christopher A. Brannan
Federal Bureau of Investigation

Sworn to and subscribed to before this 12th day of May, 2009, at Ft. Myers, Florida.

_____
DOUGLAS N. FRAZIER
United States Magistrate Judge